UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DOROTHY LINGAFELTER | ) |
| Plaintiff | ) ) ) |
| vs. | ) )  CASE NO:  3:13-CV-00211-JMS-WGH |
| ST. MARY'S MEDICAL CENTER OF EVANSVILLE, INC. | ) ) ) ) |
| Defendant | ) |

## ORDER OF DISMISSAL

Come now the Plaintiff, Dorothy Lingafelter, by counsel, Biesecker Dutkanych & Macer, LLC, and Defendant, St. Mary's Medical Center of Evansville, Inc., by counsel, Ziemer, Stayman, Weitzel & Shoulders, and having filed their "Stipulation of Dismissal of Action" and the Court, having considered the same, and being duly advised, now finds that Plaintiff's Complaint should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint against the Defendant, St. Mary's Medical Center of Evansville, Inc., be dismissed, with prejudice, with each party to bear their own costs.

October 6, 2014
Date

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.**